THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WESTLEY WATSON, Appellant. [890 NYS2d 887]

Concur—Gonzalez, P.J., Tom, Andrias, Nardelli and Richter, JJ.